IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| AMRO ELANSARI, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 19-3006 |
| | : | |
| JAGEX INC., *et al.*, | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 15th day of July 2019, upon considering Plaintiff Amro Elansari's Motion to proceed *in forma pauperis* (ECF Doc. No. 1), *pro se* Complaint (ECF Doc. No. 2), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**;

2. The Complaint (ECF Doc. No. 2) is **DEEMED** filed;

3. We **dismiss** the Complaint (ECF Doc. No. 2) under 28 U.S.C. § 1915(e)(2)(B)(ii):

    a. with prejudice as to a constitutional claim requiring a state actor or acting in concert with a state actor;

    b. without prejudice as to possible state law claims; and,

4. The Clerk of Court shall **close** this case.

KEARNEY, J.