In The United States District Court
For The Eastern District of Pennsylvania

Amro Elensari                   :   Civil Action
   Plaintiff                    :
                                :
       v.                       :   No: 19-3006
                                :
Jegex Inc, et al                :           FILED
   Defendants                   :           JUL 19 2019
                                            KATE BARKMAN, Clerk
                                            By_____ Dep. Clerk

## Notice of Appeal

Notice is hereby given that the Plaintiff in this matter, Amro Elensari, hereby appeals the decision entered in this matter on July 15, 2019 to the Third Circuit Court of Appeals for the following reason:

- The court believes the claim in this matter to be a 1st or 5th Amendment claim (free speech)

- When in reality it is a 14th Amendment equal protection/discrimination case where the "mute" is a prima facie case of discrimination. Dismissal was inappropriate. See: Heart of Atlanta Motel (1975)

Thank You.

Respectfully Submitted,

Amro Elensari
Liberty And Justice For All

7/20/19

July 20, 2019

To The Court:

No: 19-3006

My apologies for the misunderstanding.

I thought
- the mute of a player -
- for no reason -
- unequal to others -

self evidently presented a 'prima facie' case of discrimination / unequal treatment in violation of the 14th Amendment which applies to business as well - see Heart of Atlanta Motel (1975)

Now, this is equal protection law 101 -

But, I don't expect you to be an expert or specialized in this area - because it is rare.

Nonetheless, since the case is dismissed with prejudice, I have no choice but to appeal. I hope, however, that I can hold a little bit more credibility in this court in the future.

Thank you.

All the best

7/20/19

Amro Elansari
Liberty and Justice 4U